**Order entered September 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00255-CV

### DRUCILLA BAIN, Appellant

### V.

### CAPITAL SENIOR LIVING CORPORATION, ET AL., Appellees

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-13-01332-B**

## ORDER

We **GRANT** appellant's September 11, 2014 unopposed motion for extension of time to file reply brief for appellant and brief for cross-appellee and **ORDER** the combined brief be filed no later than October 13, 2014. No further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE